# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 16, 2021

### NO.  03-21-00301-CV

**Rodger Pierce, Appellant**

**v.**

**Bill Hanson, Appellee**

**APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the orders signed by the trial court on June 4 and 7, 2021.  Having reviewed the record, the Court holds that Rodger Pierce has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.